Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2021

JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

James David Pattangall
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Garfield County Detention Center
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James David Pattangall

All other names by which you have been known: 

ID Number: G.C.D.C #57038   C.D.O.C #172886

Current Institution: Garfield County Detention Center

Address: 107 8th Street
Glenwood Springs, CO 81601
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: Garfield County Detention Center

Job or Title (if known): Government Agency

Shield Number:

Employer: Garfield County Sheriff Office

Address: 107 8th Street
Glenwood Springs, CO 81601
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

Name: Lou Vallario

Job or Title (if known): Garfield County Sheriff

Shield Number: unknown

Employer: Garfield County Sheriff office

Address: 107 8th Street
Glenwood Springs, CO 81601
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: James Myers
Job or Title (if known): Garfield County Detention Center "Commador"
Shield Number: unknown
Employer: Garfield County Sheriff Office
Address: 107 8th Street
Glenwood Springs, CO 81601
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: James Brassfield
Job or Title (if known): Garfield County Detention Center "Sargent"
Shield Number: unknown
Employer: Garfield County Sheriff Office
Address: 107 8th Street
Glenwood Springs, CO 81601
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Const. 14th Amend "Rights of Prisoners", U.S. Const. 6th Amend. "Right to Represent Yourself"; Colo Const Art. II Section 3, Section 6, Section 16, Section 18, Section 26. Deputies and within the Garfield County Detention Center violated rights and duties of pro-se counsel

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

___N/A___

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All named parties are employeed by the Garfield County Sheriff office and are defined in section 24-31-901 as the Deputies are employeed in a copacity to work in the Garfield County Detention Center and act on behalf of a government authority for a government agency

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X]  Pretrial detainee

[ ]  Civilly committed detainee

[ ]  Immigration detainee

[X]  Convicted and sentenced state prisoner

[ ]  Convicted and sentenced federal prisoner

[X]  Other *(explain)*  ___Held in county awaiting transport to C.D.O.C___

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

___N/A___

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

My claim arises from the Garfield County Detention Center located at 107 8th Street in Glenwood Springs Co. 81601. The deprivation of rights occured from 4-26-2019 thru June 2021 while I was held pre-trial on case 19CR736 where I represented pro-se

C. What date and approximate time did the events giving rise to your claim(s) occur?

Throughout the time I represented myself on case 19CR236 + I was in custody from April 26, 2019 until present. Trial commenced June 2021 + violations occurred in that time period. Violations are numerous... grievances are numerous

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Throughout the period of representing myself in the above case Deputies and facility staff denied me the ability to perform legal duties violating the Rules of Professional Conduct, Deputies have denied legal mail and open my legal mail causing an invasion, the have breach upon legal duties by a infringement upon legal rights + Government agents denied me the compulsory process, Due process violated my self-incrimination rights, rights to adequately prepare and present a meaningful defense

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The damages done to my case is I had to proceed into a prejudice trial. My duties of counsel caused me to not be able to interview witnesses cause I was denied that by Detention staff I was not permitted to adduce evidence due to me being pro-se + They manipulated my trial and breached upon my legal duties which denied me a fair trial as I was denied my right to represent myself as the constitution states I can + 13-21-131 Deprivation of Rights while representing Pro-Se in District Court 19CR236 I've been segregated 23 months out of the 26 months awaiting trial +

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the courts to make the agents and agency pay me for the violations cost me the guarantees governed in the U.S. and State Constitutions + As the violations are numerous and since they result from a breach of a legal duty or an invasion or infringement upon the legal rights governed by the constitutions I request they pay a total of $100 million Dollars or what courts rule upon

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Garfield County Detention Center
107 8th Street
Glenwood Springs CO 81601    "23 months in Segragation"

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☒ Do not know

If yes, which claim(s)? No law library, Invasion of legal mail, denying medical treatment, infringing upon legal duties, breach upon legal duties, denying constitutional rights, cruel and unusual punishment, denying me my right to perform duties of counsel

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Garfield County Detention Center
107 8th Street
Glenwood Springs CO 81601

2. What did you claim in your grievance?

All the violations to my rights. I have documented so much and sent my grievance out so they are available electronically through a family member and may be E-filed when appropriate and necessary

3. What was the result, if any?

They do nothing here to stop they believe pro-se people don't have the right to perform duties of counsel and they continue to refuse medical care

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I have fully satisfied all efforts to the grievance process to the jail commander applied every form available to appeal and exhausted all efforts of in house procedures

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I also notified Judge James Boyd who presided over 19CR236

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I informed District Judge James Boyd by filing motions such as change of venue, protection orders and

   I filed motions seeking relief in District Court under 19CR236

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I made a record before the courts throughout pre-trial proceedings and in trial to the on-going issue in this facility

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)    N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) James Pattangall

   Defendant(s) James Roe

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Federal Court

3. Docket or index number

   1:21-cv-01620

4. Name of Judge assigned to your case

   Magistrate Judge Gordon P. Gallagher

5. Approximate date of filing lawsuit

   06/14/2021

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The above case is a Miranda violation by Garfield County Sheriff Deputy employeed in the Garfield County Detention Center. "Not necessarily conditions of this claim" Hence why I filed separate

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-21-2021

Signature of Plaintiff: James David Pattangall
Printed Name of Plaintiff: James David Pattangall
Prison Identification #: C.D.O.C #172886   G.C.D.C #57036
Prison Address: 107 8th Street
Glenwood Springs, CO 81601

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Case 1:21-cv-01762-GPG Document 1 Filed 06/28/21 USDC Colorado Page 12 of 12

